and Others, Impleaded with NATHANIEL F. GLIDDEN and Others.— Motion granted, but upon conditions that record and appellants' points shall be served and filed on or before August 1, 1932, with notice of argument for September 27, 1932, and that respondents may sell meanwhile upon giving five days' notice to appellants. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

STONE & WEBSTER AND BLODGET, INC., v. DAVID S. STERN and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ARNOLD OLIPHANT, an Infant, by HYMAN OLIPHANT, His Guardian ad Litem, and Others, v. NEWS SYNDICATE Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of ALEXANDER & REID COMPANY and Others, Relative to the Action of IRVING TRUST COMPANY, as Corporate Trustee and Another, v. LIBBY's HOTEL CORPORATION and Others. LIBBY's HOTEL CORPORATION and Others, Appellants.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S. CONDICT v. KATHERINE T. CONDICT. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S. CONDICT v. KATHERINE T. CONDICT. Petition of FENTON B. TRUCK.— Motion granted upon condition that the appeals be argued or submitted on June 17, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FEDERATION BANK AND TRUST COMPANY v. MORRIS C. ROSENBAUM, Impleaded with GUARDIAN CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAYER MESSINGER's CLOAKS AND SUITS, INC., v. C. & L. LUNCH Co., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAYER MESSINGER's CLOAKS AND SUITS, INC., v. C. & L. LUNCH Co., INC.— Motion granted in so far as to direct that the appeals be noticed for argument for the same day and argued or submitted together when reached. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ISIDORE C. GOLDMAN, Individually and as a Stockholder of SCHWENK SAFETY DEVICE CORPORATION, Acting on Behalf of Himself and All Other Persons Similarly Situated, v. ALFRED E. WHITEHOUSE and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FRANK FERDINAND WILCKE, Respondent, v. GUSTAVE S. GEIGER, Appellant, Impleaded with Others, Defendants.— Order modified by allowing items 6, 7 and 12, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NATALIE MACDONALD HALL, Appellant, v. GRACE EAMES DOHERTY, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a new and proper notice. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NATALIE MACDONALD HALL, Appellant, v. GRACE EAMES DOHERTY and Another, Defendants, Impleaded with HELEN LEE EAMES DOHERTY, Respondent.— Order